1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 ROBERT RIOS and KEITH ROBNETT, AS        )   CASE NO.: CV10-02949 PVT
   TRUSTEES OF THE BAY AREA ROOFERS         )
11 HEALTH AND WELFARE TRUST FUND,           )   CASE MANAGEMENT
   PACIFIC COAST ROOFERS PENSION            )   CONFERENCE STATEMENT
12 PLAN, BAY AREA ROOFER'S HEALTH &         )   AND ORDER
   WELFARE TRUST FUND, SANTA CLARA          )
13 COUNTY ROOFERS VACATION TRUST            )
   FUND, SANTA CLARA/SAN BENITO             )   Date:  September 28, 2010
14 ROOFERS JOINT APPR. & TRAINING           )   Time:  2:00 P.M.
   FUND, SANTA CLARA VALLEY &               )   Place: Courtroom 5, 4th Floor
15 VICINITY ROOFING IND. LABOR MGT.         )
   FUND,                                    )
16                       Plaintiffs,        )
                                            )
17 vs.                                      )
                                            )
18 HERITAGE CONTRACTING SERVICES, A         )
   California Corporation,                  )
19                                          )
   TRADESTAFF CONTRACTING SERVICES,         )
20 A California Corporation,                )
                                            )
21 J.R.M. CONTRACTING SERVICES, A           )
   California Corporation,                  )
22                                          )
   J.M.O.G CONTRACTING SERVICES, A          )
23 California Corporation dba ALLIANCE      )
   CONTRACTING SERVICES,                    )
24                                          )
                         Defendant(s).      )
25 _____  )

26

27       Plaintiff in the above-entitled action submits this Case Management Statement and
28

1  proposed order, and requests that the court adopt it as the Case Management Order in this
2  case.  Defendants have not been served. Plaintiffs are in the process of amending the
3  complaint to include additional parties and amounts due.

4  **DESCRIPTION OF THE CASE**

5  This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
6  Funds.  Plaintiffs would like to continue the case until November 2, 2010.expect to have all
7  papers filed within the next 30 days. Therefore, Plaintiffs request that the case be continued
8  until November 2, 2010, for another Case Management Conference.

9

10                                         Respectfully submitted,

11  Dated: September 21, 2010              /S/_____
                                           SUE CAMPBELL
12                                         Attorney for Plaintiff

13

14                              **ORDER**

15  The Case Management Conference is hereby continued to November 2, 2010, at 2:00
16  P.M., in Courtroom 5, 4th Floor.  Plaintiff will file an update and proposed action ten (10)
17  days prior to the Case Management Conference.

18

19
    Dated: _____9/27/10_____        *Patricia V. Trumbull*
20                                          MAG. JUDGE OF THE U.S. DISTRICT COURT

21
22
23
24
25
26
27
28

**Law Office of Sue Campbell**
1155 N. First St,
Ste. 101
San Jose, CA 95112

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV10-02949 PVT